MELVIN THOMPSON V. THE STATE.

No. 19731. Delivered April 13, 1938.
Rehearing denied (without written opinion) May 18, 1938.

The opinion states the case.

*Gray & Pope,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—The conviction is for possessing intoxicating liquor in·a dry area for purposes of sale, punishment being assessed at a fine of $150.00 and thirty days in the county jail.

Upon an examination of this record we find no notice of appeal entered herein. Such is necessary in order to give this Court jurisdiction hereof. See Branch's Ann. Penal Code, Sec. 588, page 302, and cases there cited.

This appeal is therefore dismissed.